NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000714
02-JUN-2017
01:08 PM

NO. CAAP-16-0000714

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DEUTSCHE BANK NATIONAL TRUST, AS TRUSTEE FOR
WAMU SERIES 2007-HE1 TRUST, Plaintiff-Appellee,
v.
DENNIS McRAE, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 11-1-0307)

ORDER DENYING DEFENDANT-APPELLANT DENNIS McRAE'S
MOTION FOR RECONSIDERATION
(By: Nakamura, Chief Judge, and Fujise and Ginoza, JJ.)

Upon consideration of "Appellant's Motion for Reconsideration of This Court's Denial of Appellant's Appeal" (Motion for Reconsideration) filed on May 30, 2017, which seeks reconsideration of the Summary Disposition Order filed by this court on May 17, 2017, and the record and files in this case,

IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED:  Honolulu, Hawai'i, June 2 , 2017.

*Craig H. Nakamura*
Chief Judge

On the motion:

Dennis McRae
Defendant-Appellant
Pro Se

*[signature]*
Associate Judge

*[signature]*
Associate Judge